

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00190-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CR2023-0188-1) |
| V. | § | February 13, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| RYAN WAYNE TEDFORD | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders. It is ordered that the trial court's orders granting shock probation on counts 2, 5, and 6 are vacated.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr